■ JOHN W. WALUS et al., Respondents, v. I. GORDON REALTY CORPORATION, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs on the opinion at Trial Term (49 Misc 2d 104). (See, also, *Udell* v. *Haas*, 21 N Y 2d 463.) (Appeal from judgment of Oneida Trial Term in declaratory judgment action on zoning ordinance.) Present — Del Vecchio, J. P., Marsh, Witmer and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JUNIOR HOUSTON, Appellant.— Judgment unanimously affirmed. Memorandum: The record shows that the defendant served copies of his brief upon the District Attorney in ample time for the latter to prepare and file his brief in response thereto for the December Term of this court. The District Attorney submitted no brief, however, and defaulted and the court has been required to consider the appeal without benefit of a brief or argument on behalf of the People. It is the duty of the District Attorney. to represent the People on all such appeals from convictions obtained in his county, especially in cases of this seriousness (*People* v. *Wright*, 22 A D 2d 754). We deplore this apparent lack of interest on the part of the District Attorney. (Appeal from judgment of Orleans County Court convicting defendant of attempted assault, first degree.) Present — Bastow, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HOWLAND, Appellant.— Judgment rendered June 29, 1967, as modified by judgment rendered July 18, 1968, unanimously affirmed. Memorandum: While the defendant appeals from the original judgment of conviction upon which sentence was imposed on June 29, 1967, we take judicial notice of the fact that subsequently this judgment was modified and defendant was resentenced on July 18, 1968. (Appeal from judgment of Oswego County Court convicting defendant of murder, second degree.) Present — Bastow, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.